IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KARI ANN PETERS,
    Petitioner,

v.                                        Case No. 4:25cv296/MCR/MAL

ERIKA STRONG, WARDEN,
    Respondent.
_____/

**O R D E R**

    The magistrate judge issued a Report and Recommendation dated July 15, 2025. ECF No. 5. Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

    Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this order.

    2.    The petition under 28 U.S.C. § 2241 (ECF No. 2) is DISMISSED.

3. The clerk is directed to refund the duplicate $5.00 payment received on August 28, 2025, ECF No. 6, and close the case file.

**DONE and ORDERED** this 15th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**